

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-14-00603-CR

Chad William **BALLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-03-10907-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Jason Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court